AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

V.

RICHARD C. WHITE JR. PRO-SE
91 MAUREEN WAY
PLYMOUTH, MA. 02360

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 10524 RWZ

TO: (Name and address of Defendant)

TRUSTEES OF BOSTON UNIVERSITY,
AND CAPTAIN ROBERT MOLLOY,
C/O BUPD 32 HARRY AGGANIS WAY
BOSTON, MA. 02215

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAR 16 2004
CLERK                                            DATE

_____
(By) DEPUTY CLERK

⍰AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                        Date                                *Signature of Server*

                                        _____
                                                  *Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   BOSTON UNIV. POLICE DEPT.
   32 HARRY AGGANIS WAY
   BOSTON, MA 02215
   C/O CAPTAIN MOLLOY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Sousa*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   RECEIVED MAR 18 2004
   BU MAIL SERVICE
   AL LACERDA
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

7002 3150 0001 9682 0583

102595-02-M-1540

(1) As to who may serv...