AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

RICHARD C. WHITE JR, "PRO-SE"
91 MAUREEN WAY
PLYMOUTH, MA. 02360

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10524 RWZ

TO: (Name and address of Defendant)

TRUSTEES OF BOSTON UNIVERSITY,
AND SARGEANT DANIEL HEALY,
C/O BUPD, 32 HARRY AGGANIS WAY
BOSTON, MA. 02215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: MAR 16 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date                    Signature of Server

                                _____
                                Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BOSTON UNIV. POLICE DEPT,
32 HARRY AGGANIS WAY
BOSTON, MA - 02215
C/O SGT. DANIEL HEALY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Sousa    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED MAR 1 8 2004 BU MAIL SERVICES A. LACERDA

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7002 3150 0001 9682 0606

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

(1) As to who...