UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD C. WHITE, JR., PRO SE, )
                              )
            Plaintiff,        )
                              )
v.                            )   CIVIL ACTION NO. 04-10524 RWZ
                              )
TRUSTEES OF BOSTON UNIVERSITY )
          ET AL.,             )
                              )
            Defendants.       )

## DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants respectfully move this Honorable Court to extend the time within which they must respond, answer, or otherwise plead with respect to Plaintiff's Complaint (filed pro se with the Court on March 16, 2004) for a thirty (30) day period to and including May 7, 2004. Plaintiff's Complaint names the following as Defendants: Trustees of Boston University, Dr. John Silber, President Emeritus; Joseph Mercurio, Executive Vice-President; Ann Shea, Vice President; Robert B. Smith, Esq.; and the following from the Boston University Police Department - Chief Robert Shea, Sgt. Larry Cuzzi, Sgt. Daniel Healey, and Capt. Robert Molloy.

In support of this motion, Defendants state that additional time is needed to allow counsel to meet and confer with the eight individual Defendants in order to permit them to adequately analyze, evaluate and respond, answer, or otherwise plead with respect to the allegations in Plaintiff's Complaint. Allowance of the within motion will not prejudice any party and will facilitate judicial economy.

Notwithstanding the foregoing, Plaintiff Richard C. White, Jr. opposes the allowance of the within motion.

WHEREFORE, in view of the foregoing, it is respectfully requested that the time within which Defendants must respond, answer or otherwise plead with respect to Plaintiff's Complaint be extended for a thirty (30) day period to and including May 7, 2004.

Respectfully submitted,

DEFENDANTS, by their attorneys

*Lawrence S. Elswit by H.F.L.*
Lawrence S. Elswit, BBO #153900
Office of General Counsel
Boston University
125 Bay State Road
Boston, MA 02215
(617) 353-2326


*Gerald F. Lucey*
Gerald F. Lucey, BBO #306860
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 5th Floor
Boston, MA 02109
(617) 778-7500

Dated: April 6, 2004

## CERTIFICATE OF SERVICE

I, Gerald F. Lucey, do hereby certify that I caused the foregoing Defendants' Motion To Extend Time To Respond To Plaintiff's Complaint to be served upon Richard C. White, Jr., 91 Maureen Way, Plymouth, MA 02360 by Federal Express, Priority Overnight Delivery deposited this 6th day of April, 2004.

_____
Gerald F. Lucey

**NELSON**
**KINDER**
**MOSSEAU &**
**SATURLEY, PC**
ATTORNEYS AT LAW

April 6, 2004

<u>BY HAND</u>

Ms. Lisa Urso, Courtroom Clerk
United State District Court
  District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA  02210

Re:  <u>Richard C. White, Jr. v. Trustees of Boston University, et al.</u>
     U.S.D.C., Mass., Civil Action No. 04-10524
     Our File No. BOSUNV.037

Dear Ms. Urso:

Pursuant to our telephone conference on this date, I am enclosing the following:

Defendants' Motion To Extend Time To Respond To Plaintiff's Complaint

As stated, Plaintiff opposes the allowance of the within motion.

I would appreciate it if you would be kind enough to bring the enclosed motion to the attention of the Court. Please telephone if you have any questions or if I might be of any assistance.

Very truly yours,

Gerald F. Lucey

GFL/aod
Enclosure
cc:   Richard C. White, Jr. (w/enc.), via Federal Express
      91 Maureen Way
      Plymouth, MA  02360
      Lawrence S. Elswit, Esq.