UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD C. WHITE, JR., PRO SE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUSTEES OF BOSTON UNIVERSITY )<br>ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-10524 RWZ |

## DEFENDANTS' MOTION TO DISMISS

This matter arises out of the Plaintiff's employment as a police officer with Boston University (the "University") and from events which led up to and followed separation from the University. The complaint[1] states that the University violated Plaintiff's constitutional and common law rights and names Trustees of Boston University (the "University"), John R. Silber (former President), Joseph P. Mercurio (Executive Vice President), Robert B. Smith (University Counsel), Robert T. Shea (Chief of Police), Lawrence Cuzzi (Police Officer), Daniel Healy (Police Officer), Robert E. Molloy (Police Captain), and Anne W. Shea (Vice President) (together, the "University Defendants"). Plaintiff's complaint articulates no specific causes of action but instead, makes generalized assertions of violations of the United States Constitution, federal civil rights statutes, and state common law.

---

[1] Although the defendants were not properly served with the complaint, they are not raising insufficiency of service of process as an issue.

In accordance with F.R.C.P. 12(b)(6), the University Defendants move to dismiss any and all causes of action asserted, on grounds that the complaint fails to state a claim upon which relief can be granted.

In further support of this motion, the University Defendants submit the attached memorandum of law.

WHEREFORE, the University Defendants respectfully request that this Honorable Court grant their motion and dismiss the Plaintiff's complaint.

Respectfully submitted,

DEFENDANTS,
By their attorneys,

*Lawrence S. Elswit by H.F.L.*
Lawrence S. Elswit, BBO# 153900
Office of General Counsel
Boston University
125 Bay State Road
Boston, MA 02215
(617) 353-2326

*Gerald F. Lucey*
Gerald F. Lucey, BBO# 306860
Jeanne M. Harney, BBO# 557229
Nelson Kinder Mosseau & Saturley, PC
45 Milk Street, 5th Floor
Boston, MA 02109
(617) 778-7500
(617) 778-7501 (Fax)

Dated: May 6, 2004

## CERTIFICATE OF SERVICE

I, Gerald F. Lucey, hereby certify that I served a copy of the foregoing Defendants' Motion to Dismiss upon Richard C. White, J., 91 Maureen Way, Plymouth, MA 02360 via U.S. Mail, first class, postage prepaid this 6TH day of May, 2004.

_____
Gerald F. Lucey