United States District Court
District of Massachusetts


Richard C. White Jr., PRO SE,
                Plaintiff,

v.                                      Civil Action No. 04-10524 RWZ

Trustees of Boston University
     ET AL.,     Defendants.


Plaintiff moves and files Motion for default against the Defendants and their Attorneys At Law after violations of Local Rule 1.3 Sanctions.


The Plaintiff respectfully moves this Honorable Court to hold in default the Defendants and their Attorneys At Law, for not properly responding in accordance with Local Rule 1.3. The defendants were given an additional 20 day extension time to answer to Plaintiff's complaint. The Defendants failed to file their answer by the April 27, 2004 date given to them by this Honorable Court.

WHEREFORE, in view of the foregoing, it is respectfully requested by the Plaintiff for this Honorable Court to impose those sanctions deemed appropriate. Allowance of this motion will not prejudice any party, will save embarrassment being inflicted upon the defendants, preserve the reputation of Boston University, and above all else, facilitate judicial economy.
Plaintiff pleads for a conference to discuss immediate resolution/mediation.


                                        Respectfully submitted,

                                        Richard C. White Jr., PRO SE,
                                        91 Maureen Way
                                        Plymouth, Ma. 02360
                                        April 29, 2004