**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**RICHARD C. WHITE**</u>
        **Plaintiff**

**V.**

<u>**TRUSTEES OF BOSTON UNIVERSITY**</u>
        **Defendant**

**CIVIL ACTION**

**NO.** <u>**04-10524-RWZ**</u>

**<u>JUDGMENT</u>**

<u>**ZOBEL, D. J.**</u>

In accordance with the ENDORSED ORDER entered 6/14/04;

JUDGMENT is entered DISMISSING the Complaint.

                                                          By the Court,

<u>**6/15/04**</u>                                                        <u>s/ Lisa A. Urso</u>
  **Date**                                                               **Deputy Clerk**