United States District Court
District of Massachusetts

Richard C. White Jr., PRO SE,
                Plaintiff,

v.                                          Civil Action No. 04-10524 RWZ

Trustees of Boston University
ET AL., Defendants

Plaintiff moves and files Motion for Reconsideration in the above matter. Plaintiff received Judge Rya W. Zobel's endorsed order granting (12) Motion to Dismiss without opposition. Judgment entered dismissing the complaint. (Lisa Urso) on 6/15/2004.

The Plaintiff respectfully moves this Honorable Court and pleads mercy upon it for reconsideration regarding the complaint filed by the Plaintiff. The Plaintiff, (PRO SE) was not aware that he had to file and submit a Opposition to a Motion regarding the Defendant's filing of a Motion to Dismiss. The Plaintiff did receive the Defendant's Motion to Dismiss via U.S. Mail. The Plaintiff read the Motion to Dismiss and found that it did not answer to the majority of the Plaintiff's complaint. Plaintiff waited for Judge Zobel's decision in light of that fact.

Plaintiff states that he will respond and act as expected should this Honorable Court reconsider this Motion granting allowance to continue in this civil matter. Plaintiff is ready to go forward and will respond in accordance with the Courts period in Opposition to the Defendant's Motion to Dismiss. Plaintiff pleads the opportunity to be heard in oral argument over any issue or matter in this case.

Plaintiff asks this Honorable Court to consider and allow the Plaintiff the opportunity to re-file the complaint if this Motion for Reconsideration is denied.

                                      Respectfully Submitted,

                                      Richard C. White Jr., PRO SE,
                                      91 Maureen Way
                                      Plymouth, Ma. 02360
                                      June 21, 2004