UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -X A 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RICHARD C. WHITE, JR., PRO SE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 04-10524 RWZ |
| TRUSTEES OF BOSTON UNIVERSITY ET AL., | |
| Defendants. | |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

NOW COME the defendants in the above-captioned matter and hereby respectfully request that this Honorable Court deny the Plaintiff's Motion for Reconsideration of this Court's Order dismissing the plaintiff's Complaint and entering judgment in favor of the defendants. As grounds for this opposition, the defendants state that the plaintiff's plea of ignorance of the rules of procedure governing the filing of motions and oppositions is insufficient grounds to reverse the Court's ruling. Moreover, the plaintiff has failed to support his motion with any facts or law to demonstrate that a different result should have been accomplished.

As further support for this opposition, the defendants refer to and incorporate by reference herein the accompanying Memorandum of Law.

WHEREFORE, for the reasons stated herein, the defendants request that the Plaintiff's Motion For Reconsideration be denied and that the judgment for the defendants be affirmed.

        Respectfully submitted,

        DEFENDANTS,
        By their attorneys,

        */s/ Gerald F. Lucey*
        Gerald F. Lucey, BBO# 306860
        Jeanne M. Harney, BBO# 557229
        Nelson Kinder Mosseau & Saturley, PC
        45 Milk Street, 5th Floor
        Boston, MA 02109
        (617) 778-7500
        (617) 778-7501 (Fax)

        */s/ Lawrence S. Elswit by G.F.L.*
        Lawrence S. Elswit, BBO# 153900
        Office of General Counsel
        Boston University
        125 Bay State Road
        Boston, MA 02215
        (617) 353-2326

Dated: June 30, 2004

## CERTIFICATE OF SERVICE

I, Gerald F. Lucey, hereby certify that I served a copy of the foregoing "**Defendant's Opposition To Plaintiff's Motion For Reconsideration**" upon Richard C. White, Jr., 91 Maureen Way, Plymouth, MA 02360 via U.S. Mail, first class, postage prepaid this 30th day of June, 2004.

_____
Gerald F. Lucey