United States District Court
Office of the Clerk, Lisa Urso
RE: Motion of Explanation, Case Number 1:04-cv-10524
August 7, 2004

Dear Ms. Urso,

In my Motion of Explanation, I discovered an error after I submitted my documents. Apparently while editing, I accidentally deleted the end of the paragraph. On page 20, first paragraph, last sentence, it reads; "A reasonable conclusion is that an established long-standing relationship exists between the Trustees of".

The sentence and paragraph should have ended as noted; " A reasonable conclusion is that an established long-standing relationship exists between the Trustees of Boston University and the Commonwealths agents. Administrations in the private sector of colleges and universities must first decide whether to employ a police/security department. Administrators that choose must then apply with the Commonwealths agents for special licensing of their officers. Most no college and Universities choose to staff and outfit their officers with police/arrest authority, as is the case at Boston University. A working relationship between the private and public sectors exists in this case.

I apologize for any inconvenience this may have caused.

Respectfully Submitted.

*[signature]*
Richard C. White Jr., "PRO SE"
91 Maureen Way
Plymouth, Ma. 02360
1-508-224-9245