UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10524-RWZ

RICHARD WHITE, JR.

v.

TRUSTEES OF BOSTON UNIVERSITY, et al.

<u>MEMORANDUM OF DECISION</u>

August 16, 2004

ZOBEL, D.J.,

    Plaintiff, a former Boston University police officer, filed a Complaint against certain trustees, officers and employees of Boston University, arising out of his job and resignation therefrom. He alleges that they violated his civil rights and committed several common law torts.

    Defendants moved to dismiss, which motion was allowed without opposition. Plaintiff requested that the Court reconsider as he did not understand the need for opposition. Because the Complaint does not appear to state any claims upon which relief may be granted, I ordered plaintiff to file an explanation defending its merits. Plaintiff did file a 25 page, single-spaced history of his efforts to file the action in this Court, his relationship with the University and a number of persons associated with it, and his religious beliefs. The document does not elucidate his legal claims. Accordingly, the motion to dismiss is allowed on the merits.

    Judgment may be entered dismissing the Complaint

|  |  |
|---|---|
| _____ <br> DATE | /s/ Rya W. Zobel <br> RYA W. ZOBEL <br> UNITED STATES DISTRICT JUDGE |